**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | |
|---|---|
| **JOHN F. REUTEMANN, JR.,** *et al*. | \* |
| **Plaintiffs** | \* |
| **v.** | \*     **Case No.: 8:21-cv-02191-AAQ** |
| **AFFIRMX, LLC,** *et al*. | \* |
| **Defendants.** | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs John F. Reutemann Jr. and Malcolm Road Associates Limited Partnership, and Defendants AffirmX, LLC and Kenneth Wolff, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action, and respectfully request the Clerk to close this case. Each party agrees to bear his/its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| Stephen A. Shechtel, Esq. (Bar No. 10626) | Shawn P. Cavenee, Esq. (Bar No. 25612) |
| Shechtel and Associates, P.A. | Charles E. Remus II, Esq. (Bar No. 11691) |
| 110 N. Washington Street, Suite 404 | Remus, Weddle & Cavenee, LLC |
| Rockville, Maryland 20850 | 18 West Church Street, 2nd Floor |
| 301-309-1440 (office) | Frederick, Maryland 21701 |
| 301-309-1566 (fax) | 301-206-5770 (office) |
| stephen@shechtel.com | 301-206-5771 (fax) |
| *Counsel for Plaintiffs* | cremus@rwclawyers.com |
| | *Counsel for Defendants* |

/s/ Greg S. Friedman_____
Greg S. Friedman, Esq. (Bar No. 11676)
6216 Mazwood Road
Rockville, Maryland 20852
301-897-9130 (office)
301-686-6612 (fax)
Friedman.g@gmail.com
*Co-counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this __6th__ day of February, 2023, a true and accurate copy of

the foregoing Joint Stipulation of Dismissal with Prejudice was served via electronic filing through

the Court's Electronic Case Filing System (ECF) upon all counsel of record in this action.


/s/ Charles E. Remus II
Charles E. Remus II, Esq. (Bar No. 11691)